IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY DEAN HEGLIN,

    Petitioner,               No. CIV S-04-0770 DFL PAN P

    vs.

D.L. RUNNELS, Warden,

    Respondent.          ORDER

_____/

        Petitioner, a state prisoner without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 8, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed June 8, 2005, are adopted in full; and

2. Respondent's September 22, 2004, motion to dismiss is granted.

DATED: 9/9/2005

_____
DAVID F. LEVI
United States District Judge

2